UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                             :
                                             :
UNITED STATES OF AMERICA,                    :
                                             :
         - v. -                              :         **11 Cr. 78 (JSR)**
                                             :
MICHAEL CARDILLO,                            :
                                             :
         Defendant.                          :
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


## GOVERNMENT'S SUBMISSION
## PURSUANT TO SECTION 5K1.1 OF THE SENTENCING GUIDELINES


        PREET BHARARA
        United States Attorney for the Southern
        District of New York


REED BRODSKY
RICHARD TARLOWE
Assistant United States Attorneys
  - Of Counsel -